IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Ida F. Spruill | Chapter 13 |
| | Bky. No. 25-10117 PMM |
| Debtor(s) | |

## CERTIFICATION OF SERVICE

I, Mary F. Kennedy, certify that on January 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Entry of Appearance

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 16, 2025

/s/ Mary F. Kennedy, Esquire
I.D. # 77149
Law Office of Gregory Javardian, LLC
1310 Industrial Boulevard
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
mary@javardianlaw.com

{00961307}

Mailing List Exhibit (Check all that apply. If via e-mail, include e-mail address).

Michael A. Cibik, Esquire
help@cibiklaw.com
Attorney for Debtor(s)

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Kenneth E, West, Esquire
ecfemails@ph13trustee.com
Trustee

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

{00961307}