IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ida F. Spruill<br>　　　　　Debtor(s)<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>　　　　　Objectant(s)<br><br>v.<br><br>Ida F. Spruill<br>　　　　　Respondent(s) | Chapter 13 Proceeding<br><br>No. 25-10117 PMM |

ORDER DENYING CONFIRMATION

Upon consideration of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania's Objection to the Proposed Plan and having heard the argument of counsel and for good cause having been shown;

It is on this　　　day of　　　　　, 2025 ORDERED that the Confirmation is DENIED.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　Patricia M. Mayer

{00965530}