IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ida F. Spruill<br>　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>No. 25-10117 PMM |
| Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania<br>　　　　　　Objectant(s)<br><br>v.<br><br>Ida F. Spruill<br>　　　　　　Respondent(s) | |

## CERTIFICATION OF SERVICE

I, Mary F. Kennedy, certify that on February 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

　　Objection to the Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: February 5, 2025

　　　　　　　　　　　　　　　　　　/s/ Mary F. Kennedy, Esquire
　　　　　　　　　　　　　　　　　　I.D. # 77149
　　　　　　　　　　　　　　　　　　Law Office of Gregory Javardian, LLC
　　　　　　　　　　　　　　　　　　1310 Industrial Boulevard
　　　　　　　　　　　　　　　　　　1st Floor, Suite 101
　　　　　　　　　　　　　　　　　　Southampton, PA 18966
　　　　　　　　　　　　　　　　　　(215) 942-9690
　　　　　　　　　　　　　　　　　　mary@javardianlaw.com

{00965530}

Mailing List Exhibit (Check all that apply. If via e-mail, include e-mail address).

Michael A. Cibik, Esquire
help@cibiklaw.com
Attorney for Debtor(s)

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Kenneth E. West, Esquire
ecfemails@ph13trustee.com
Trustee

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Ida F. Spruill
1114 W. Nevada Street
Philadelphia, PA 19133
Debtor(s)

Via:    ___ CM/ECF  X 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

{00965530}