IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ida F. Spruill<br><br>    Debtor(s)<br><br>Citizens Bank, N.A. s/b/m to Citizens Bank<br>of Pennsylvania<br>    Objectant(s)<br><br>v.<br><br>Ida F. Spruill<br>    Respondent(s) | Chapter 13 Proceeding<br><br>No. 25-10117 PMM |

ORDER DENYING CONFIRMATION

Upon consideration of Citizens Bank, N.A. s/b/m to Citizens Bank of

Pennsylvania's Amended Objection to the Proposed Plan and having heard the argument

of counsel and for good cause having been shown;

It is on this  day of    , 2025 ORDERED that the Confirmation is

DENIED.

         BY THE COURT:

         _____
         United States Bankruptcy Judge
         Patricia M. Mayer

{00967701}