# EXHIBIT A

Fill in this information to identify the case:

Debtor 1: Ida F. Spruill

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA
(State)

Case number: 25-10117 PMM

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor  _____

2. **Has this claim been acquired from someone else?**
   ■ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Citizens Bank, N.A.
   Name
   10561   Telegraph Road
   Number    Street
   Glen Allen,    VA    23059
   City    State    ZIP Code

   Contact phone  (800) 234-6002
   Contact email  mary@javardianlaw.com

   Where should payments to the creditor be sent? (if different)

   Citizens Bank, N.A.
   Name
   P.O. Box   2800
   Number    Street
   Glen Allen,    VA    23058
   City    State    ZIP Code

   Contact phone  (800) 234-6002
   Contact email  mary@javardianlaw.com

   Uniform claim identifier (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ■ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ■ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410    **Proof of Claim**    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7  6  2  2

7. **How much is the claim?** $ 56,330.31 . **Does this amount include interest or other charges?**
   ☐ No
   ■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   _____

9. **Is all or part of the claim secured?**
   ☐ No
   ■ Yes.   The claim is secured by a lien on property.
   **Nature of property:** 1114 W. Nevada St., Philadelphia, PA 19133
   ■ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: mortgage

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____
   **Amount of the claim that is secured:** $ 56,330.31

   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ 11,722.89

   **Annual Interest Rate** (when case was filed) 12.750 %
   ☐ Fixed
   ■ Variable

10. **Is this claim based on a lease?**
    ■ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**
    ■ No
    ☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ■ No ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
■ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  2/10/2025
                  MM / DD / YYYY

Signature: /s/ Mary F. Kennedy

**Print the name of the person who is completing and signing this claim:**

Name: Mary F. Kennedy
      First name    Middle name    Last name

Title: Attorney for: Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

Company: Law Office of Gregory Javardian, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1310 Industrial Boulevard, 1st Floor, Suite 101
         Number    Street
         Southampton,    PA    18966
         City    State    ZIP Code

Contact phone: (215) 942-9690    Email: mary@javardianlaw.com

# Mortgage Proof of Claim Attachment

(12/23)

**If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.**

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 25-10117 PMM | Principal balance: | $44,390.33 | Principal due: | | Principal & interest: | $449.68 |
| Debtor 1: | Ida F. Spruill | Interest due: | $7,541.75 | Interest due: | $7,324.66 | Monthly escrow: | |
| Debtor 2: | | Fees, costs due: | $4,398.23 | Prepetition fees due: | $4,398.23 | Private mortgage insurance: | |
| Last 4 digits to identify: | 7622 | Escrow deficiency for funds advanced: | | Escrow deficiency for funds advanced: | | Total monthly payment: | $449.68 |
| | | | | Projected escrow shortage: | | | |
| Creditor: | Citizens Bank, N.A. | Less total funds on hand: − | | Less funds on hand: − | | | |
| Servicer: | Citizens Bank, N.A. | Total debt: | $56,330.31 | Total prepetition arrearage: | $11,722.89 | | |
| Fixed accrual/daily simple interest/other: | daily simple | | | | | | |

**Part 5 : Loan Payment History from First Date of Default**

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Account Activity | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | |
| 1/23/2023 | 478.87 | | | Payment due | | 478.87 | | | | | | 44,390.33 | | | | |
| 2/23/2023 | 471.26 | | | Payment due | | 950.13 | | | | | | 44,390.33 | | | | |
| 3/8/2023 | | 500.00 | | Funds received | 1/23/2023 | 471.26 | | 500.00 | | | | 44,390.33 | | | | |
| 3/11/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 20.00 | |
| 3/23/2023 | 425.66 | | | Payment due | | 896.92 | | | | | | 44,390.33 | | | | |
| 4/8/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 40.00 | |
| 4/11/2023 | | 500.00 | | Funds received | 2/23/2023 | 425.66 | | 500.00 | | | | 44,390.33 | | | | |
| 4/23/2023 | 480.70 | | | Payment due | | 906.36 | | | | | | 44,390.33 | | | | |
| 5/8/2023 | | 494.31 | | Funds received | 3/23/2023 | 480.70 | | 494.31 | | | | 44,390.33 | | | | |
| 5/23/2023 | 474.31 | | | Payment due | | 955.01 | | | | | | 44,390.33 | | | | |
| 6/8/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 60.00 | |
| 6/13/2023 | | 400.00 | | Funds received | 4/23/2023 | 474.31 | | 400.00 | | | | 44,390.33 | | | | |
| 6/23/2023 | 490.11 | | | Payment due | | 964.42 | | | | | | 44,390.33 | | | | |
| 7/9/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 80.00 | |
| 7/23/2023 | 483.43 | | | Payment due | | 1,447.85 | | | | | | 44,390.33 | | | | |

**Mortgage Proof of Claim Attachment: Additional Page** (12/15)

Case number: _____

Debtor 1: _____

## Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/2023 | | 300.00 | | Funds received | | | | 300.00 | | | | 44,390.33 | | | | |
| 8/8/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 100.00 | |
| 8/23/2023 | 499.55 | | | Payment due | | 1,947.40 | | | | | | 44,390.33 | | | | |
| 8/23/2023 | | 300.00 | | Funds received | 5/23/2023 | 1,473.09 | | 300.00 | | | | 44,390.33 | | | | |
| 9/8/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 120.00 | |
| 9/22/2023 | | 300.00 | | Funds received | 6/23/2023 | 982.98 | | 300.00 | | | | 44,390.33 | | | | |
| 9/22/2023 | | 64.71 | | Funds received | | | | 64.71 | | | | 44,390.33 | | | | |
| 9/23/2023 | 508.96 | | | Payment due | | 1491.94 | | | | | | 44,390.33 | | | | |
| 10/9/2023 | | | 20.00 | Late charge | | | | | | 20.00 | | | | | 140.00 | |
| 10/11/2023 | | 523.43 | | Funds received | 7/23/2023 | 1,008.51 | | 523.43 | | | | 44,390.33 | | | | |
| 10/23/2023 | 492.55 | | | Payment due | | 1,501.06 | | | | | | 44,390.33 | | | | |
| 11/8/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 160.00 | |
| 11/23/2023 | 449.92 | | | Payment due | | 1,950.98 | | | | | | 44,390.33 | | | | |
| 11/29/2023 | | 500.00 | | Funds received | 8/23/2023 | 1,451.43 | | 500.00 | | | | 44,390.33 | | | | |
| 12/9/2023 | | | 20.00 | Late charge | | | | | | -20.00 | | | | | 180.00 | |
| 12/23/2023 | 492.55 | | | Payment due | | 1,943.98 | | | | | | 44,390.33 | | | | |
| 1/2/2024 | | 550.00 | | Funds received | 9/23/2023 | 1,435.02 | | 550.00 | | | | 44,390.33 | | | | |
| 1/23/2024 | 508.97 | | | Payment due | | 1,943.99 | | | | | | 44,390.33 | | | | |
| 2/6/2024 | | 400.00 | | Funds received | 10/23/2023 | 1,451.44 | | 400.00 | | | | 44,390.33 | | | | |
| 2/23/2024 | 507.58 | | | Payment due | | 1,959.02 | | | | | | 44,390.33 | | | | |
| 3/6/2024 | | | 30.00 | Property inspection | | | | | | -30.00 | | | | | 210.00 | |
| 3/23/2024 | 540.32 | | | Payment due | | 2,499.34 | | | | | | 44,390.33 | | | | |
| 3/28/2024 | | | 455.00 | Appraisal | | | | | | -455.00 | | | | | 665.00 | |
| 4/3/2024 | | | 30.00 | Property inspection | | | | | | -30.00 | | | | | 695.00 | |
| 4/17/2024 | | | 50.00 | Attorney fee | | | | | | -50.00 | | | | | 745.00 | |

| Date | Col A | Col B | Description | Col D | Col E | Col F | Col G | Col H | Col I | Col J |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2024 | | 20.00 | Late charge | | | | -20.00 | | 765.00 | |
| 5/20/2024 | | 75.00 | Title search | | | | -75.00 | | 840.00 | |
| 5/23/2024 | 867.79 | | Payment due | 3,367.13 | | | | 44,390.33 | | |
| 6/23/2024 | 458.46 | | Payment due | 3,825.59 | | | | 44,390.33 | | |
| 7/23/2024 | 540.32 | | Payment due | 4,365.91 | | | | 44,390.33 | | |
| 8/23/2024 | 491.20 | | Payment due | 4,857.11 | | | | 44,390.33 | | |
| 9/23/2024 | 507.58 | | Payment due | 5,364.69 | | | | 44,390.33 | | |
| 9/24/2024 | | 30.00 | Property inspection | | | | -30.00 | | 870.00 | |
| 10/22/2024 | | 2070.00 | Foreclosure attorney fee | | | | -2070.00 | | 2,940.00 | |
| 10/22/2024 | | 395.23 | Filing fee – Complaint | | | | -395.23 | | 3,335.23 | |
| 10/22/2024 | | 138.00 | Service cost – Complaint | | | | -138.00 | | 3,473.23 | |
| 10/23/2024 | 507.58 | | Payment due | 5,872.27 | | | | 44,390.33 | | |
| 10/24/2024 | | 30.00 | Property inspection | | | | -30.00 | | 3,503.23 | |
| 11/23/2024 | 474.83 | | Payment due | 6,347.10 | | | | 44,390.33 | | |
| 11/25/2024 | | 30.00 | Property inspection | | | | -30.00 | | 3,533.23 | |
| 12/17/2024 | | 30.00 | Property inspection | | | | -30.00 | | 3,563.23 | |
| 12/23/2024 | 504.55 | | Payment due | 6,851.65 | | | | 44,390.33 | | |
| 1/10/2024 | | 835.00 | Foreclosure attorney fee | | | | -835.00 | | 4,398.23 | |
| 1/23/2024 | 473.01 | | Payment due | 7,324.66 | | | | 44,390.33 | | |

{00904207}  Official Form 410A    **Mortgage Proof of Claim Attachment**    page __ of __