LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY: MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A., s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Ida F. Spruill<br><br>            Debtor(s) | Chapter 13 Proceeding<br><br>25-10117-PMM |

## CERTIFICATION OF SERVICE

    I, Mary F. Kennedy, certify that on May 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

    Motion for Relief from the Automatic Stay and Notice of Hearing to Consider Motion

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 7, 2025

/s/ Mary F. Kennedy, Esquire
I.D. # 77149
Law Office of Gregory Javardian, LLC
1310 Industrial Boulevard
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
mary@javardianlaw.com

{00985753}

Mailing List Exhibit (Check all that apply. If via e-mail, include e-mail address).

Michael A. Cibik, Esquire
help@cibiklaw.com

Attorney for Debtor(s)

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

       ___ Other:

Kenneth E. West, Esquire
ecfemails@ph13trustee.com

Trustee

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

       ___ Other:

Ida F. Spruill
1114 W. Nevada Street
Philadelphia, PA 19138
Debtors

Via:    ___ CM/ECF    X 1st Class Mail    ___ Certified Mail    ___ e-mail:

       ___ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Via:    ___ CM/ECF    X 1st Class Mail    ___ Certified Mail    ___ e-mail:

       ___ Other:

{00985753}