United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10117-pmm

Ida F. Spruill                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ida F. Spruill, 1114 W. Nevada Street, Philadelphia, PA 19133-1027 |
| 14967347 | | CCO Mortgage Corp., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 14967350 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14969797 | + | Citizens Bank, N.A., s/b/m to Citizens Bank of Pennsylvania, c/o Mary F. Kennedy, Esq., 1310 Industrial Blvd. 1st Flr, Suite 101, Southampton, PA 18966-4030 |
| 14967360 | | Law Office of Gregory Javardian, LLC, Attn: Bankruptcy, 1310 Industrial Blvd Ste 101, Southampton, PA 18966-4030 |
| 14967365 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14967370 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | May 22 2025 00:21:14 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059, UNITED STATES 23059-4577 |
| 14967343 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2025 00:33:00 | Ally Financial, Attn: Bankruptcy, PO Box 380906, Bloomington, MN 55438-0906 |
| 14967344 | | Email/Text: ally@ebn.phinsolutions.com | May 22 2025 00:33:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14967345 | + | Email/Text: jvalencia@amhfcu.org | May 22 2025 00:34:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14984033 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 22 2025 00:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14967351 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2025 00:33:00 | Citizens Bank NA, Attn: Bankruptcy 1 Citizens Plaza, Riverside, RI 02915 |
| 14967352 | | Email/Text: megan.harper@phila.gov | May 22 2025 00:34:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14967346 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 22 2025 00:31:51 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14967348 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 22 2025 00:34:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14984639 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2       User: admin       Page 2 of 3

Date Rcvd: May 21, 2025       Form ID: pdf900       Total Noticed: 41

| ID | | Method / Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14967349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 00:44:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14969156 | ^ | MEBN | May 22 2025 00:56:51 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14967353 | | Email/Text: bankruptcy@philapark.org | May 22 2025 00:21:13 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14967355 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2025 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14967354 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2025 00:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14967356 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 22 2025 00:34:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14967361 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 00:34:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14967357 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 22 2025 00:57:31 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14967358 | | Email/Text: Bankruptcy@ICSystem.com | May 22 2025 00:34:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14967359 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2025 00:34:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14977511 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 22 2025 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14971155 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14967362 | | Email/Text: fesbank@attorneygeneral.gov | May 22 2025 00:33:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14967363 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 00:34:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14967364 | ^ | MEBN | May 22 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14967366 | | Email/Text: bankruptcy@philapark.org | May 22 2025 00:21:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14967367 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14967368 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 00:31:47 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14969319 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2025 00:31:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14967369 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 22 2025 00:32:57 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14967371 | + | Email/Text: megan.harper@phila.gov | May 22 2025 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14967372 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 22 2025 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |
| | | | May 22 2025 00:43:55 | Wells Fargo, Default Document Processing, PO |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 21, 2025                       Form ID: pdf900                                 Total Noticed: 41

Box 1629, Minneapolis, MN 55440-1629

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Ida F. Spruill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13
    IDA F. SPRUILL

                                           Bankruptcy No. 25-10117-PMM

            Debtor

## ORDER

       **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

       **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Patricia M. Mayer
Bankruptcy Judge

**Date: May 20, 2025**